1  W. Michael Mayock, State Bar No. 54074
   65 North Raymond, Suite 235
2  Pasadena, California 91103
   Telephone: (626) 405-1465
3  Facsimile: (626) 405-0158
   E-mail: mayocklaw@sbcglobal.net
4
   John Burton, State Bar No. 86029
5  THE LAW OFFICES OF JOHN BURTON
   414 South Marengo Avenue
6  Pasadena, California  91101
   Telephone:  (626) 449-8300
7  Facsimile:   (626) 449-4417
   E-Mail:      jb@JohnBurtonLaw.com
8
   Attorneys for Plaintiffs Jose Antonio Fierro Avalos and
9  Sandra Fierro Salamanca

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FIERRO AVALOS, SANDRA FIERRO SALAMANCA, individually, and as Guardians as Litem for minors JOSE ANTONIO FIERRO AVALOS, JR., CHRISTOPHER FIERRO SALAMANCA and ENRIQUE GUZMAN SALAMANCA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COLTON, COLTON POLICE DEPARTMENT, CHIEF OF POLICE KENNETH RULON, POLICE OFFICERS MOOREHOUSE, McFARLAND, JOLLIF and DOES 1 to 10,<br><br>Defendant. | Case No. EC CV 06-00568 SGL (OPx)<br><br>ORDER ON STIPULATION TO AMEND COMPLAINT TO ADD PARTIES |

**ORDER**

IT IS SO ORDERED THAT  plaintiffs Jose Antonio Fierro Avalos and Sandra

Fierro Salamanca may amend the operative complaint in this matter so as to add as plaintiffs to the above-captioned case their minor children Jose Antonio Fierro Avalos, Jr., Christopher Fierro Salamanca and Enrique Guzman Salamanca. Plaintiffs Jose Antonio Fierro Avalos and Sandra Fierro Salamanca will represent their children's interests as their guardians ad litem.

Dated: May 30, 2008

STEPHEN G. LARSON
United States District Judge