IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTONIO FIERRO AVALOS;
SANDRA FIERRO SALAMANCA,

      Plaintiffs,

       v.                                           Case No. EDCV 06-0568-JTM

CITY OF COLTON, et al.,

      Defendants.


ORDER TO SHOW CAUSE


This matter is set over until January 29, 2010, for Plaintiffs to submit written response to the court to show cause why this case should not be dismissed with prejudice pursuant to order filed October 29, 2009 (Dkt. No. 108).

IT IS ACCORDINGLY ORDERED THIS 7th day of January, 2010.


                                s/ J. Thomas Marten
                                J. THOMAS MARTEN, JUDGE